IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01890-RPM

FRED H. BERRY,

    Plaintiff,

v.

COLORADO PRECAST CONCRETE, INC.,

    Defendant.

___

ORDER SETTING SCHEDULING CONFERENCE
___

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **October 23, 2009, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 15, 2009.**

    The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

    Dated:   September 2nd, 2009

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District Judge