IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01890-RPM

FRED H. BERRY,

    Plaintiff,

v.

COLORADO PRECAST CONCRETE, INC.,

    Defendant.

---

## ORDER FOR DISMISSAL

---

    Pursuant to the Stipulation of Dismissal with Prejudice [20], it is

    ORDERED that this action is dismised with prejudice, each party to pay their own attorney fees and costs.

    Dated: June 4th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge